UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH T. ZALKE,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>                    Defendant. | CASE NO. C24-0197JLR<br><br>ORDER |

On June 13, 2024, the court ordered *pro se* Plaintiff Joseph T. Zalke to, within ten (10) days of the court's order, show cause why this action should not be dismissed for failure to serve Defendant Commissioner of Internal Revenue with a summons and copy of the complaint within the time limitations set forth in Federal Rule of Civil Procedure 4(m). (6/13/24 Order (Dkt. # 3) at 2); *see also* Fed. R. Civ. P. 4(m). The court warned Mr. Zalke that if he did "not demonstrate good cause for the failure, the court [would] dismiss the action without prejudice." (6/13/24 Order at 2.)

ORDER - 1

1     Over ten days have passed, and Mr. Zalke has not responded to the court's order to
2 show cause. (*See generally* Dkt.) Accordingly, the court DISMISSES this action without
3 prejudice.

4     Dated this 27th day of June, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge