UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH T. ZALKE, | CASE NO. C24-0197JLR |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF INTERNAL REVENUE, | |
| Defendant. | |

On December 31, 2024, the court received a document titled "Motion for Leave to File an Amended Complaint" that *pro se* Plaintiff Joseph T. Zalke sent via U.S. Mail to the undersigned's chambers mailing address. (*See* Exhibit (attached).) The court does not consider documents mailed to judicial chambers to have been properly filed.[1] Therefore, the court places Mr. Zalke on notice that if he intends to file a document by

---

[1] The court granted Mr. Zalke leave to amend his complaint in its December 31, 2024 order granting Defendant's motion to dismiss. (*See* 12/31/24 Order (Dkt. # 20).) Thus, even if the motion were properly filed, the court would deny it as moot.

ORDER - 1

mail, he must send the document to the Clerk at the following address: United States District Court, 700 Stewart St., Suite 2310, Seattle, WA 98101. The court strongly recommends that Mr. Zalke register for electronic filing to ensure that his motions and briefs are timely and correctly filed in the future. Instructions for doing so are available on the court's website at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

Dated this 3rd day of January, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2